AO 91 (Rev. 11/11) Criminal Complaint

# UNITED STATES FEDERAL COURT
for the
_____ District of _____

King Michael Tutankhaman
Grand Royal Prince Michael Dumpledore III
Michael Maxwell Hill
    v.

                        )   Case No. 22cv1510
                        )
                        )
                        )
                        )

Disney_____
*Defendant(s)*

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.
On or about the date(s) of _____ in the county of _____ in the
District of _____ , the defendant(s) violated:

_____

*Code Section*                                                      *Offense Description*

This criminal complaint is based on these facts:

′ Continued on the attached sheet.

                                                                                  *Complainant's signature*

_____
*Printed name and title*

Sworn to before me and signed in my presence.

Date:
_____

_____
*Judge's signature*

City and state:

_____
*Printed name and title*